IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **RALPH RHODES,** | * |
| Plaintiff, | * |
| vs. | * CIVIL ACTION NO. 17-00387-WS-B |
| **ERIC PETERS,** | * |
| Defendant. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Petitioner's complaint be **dismissed without prejudice** as malicious and for failure to state a claim upon which relief may be granted.

DONE this 19th day of June, 2018.

s/WILLIAM H. STEELE
**UNITED STATES DISTRICT JUDGE**