IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RALPH RHODES, | * | |
| Plaintiff, | * | |
| vs. | * | CIVIL ACTION NO. 17-00387-WS-B |
| ERIC PETERS, | * | |
| Defendant. | * | |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Petitioner's complaint be **dismissed without prejudice** as malicious and for failure to state a claim upon which relief may be granted.

DONE this 19th day of June, 2018.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE